■ In the Matter of CARFRED REALTY CORP., Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.— Order entered on June 25, 1959, dismissing petitions to review real property assessments, unanimously

modified on the law and on the facts, without costs, so as to fix the values for the property designated as 944 Eighth Avenue, Manhattan, as follows: For the tax years 1955–56 and 1956–57, land $65,000, building $5,000, total $70,000. As so modified, the order is affirmed. The values fixed by Special Term for the years 1955–56 and 1956–57 are not justified on this record. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.